UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FSC FRANCHISE CO, LLC, a Delaware
Limited Liability Company,

       Plaintiff,

v.

                                    Case No. 8:10-cv-01970-VMC-EAJ

ZE Incorporated, a Florida Corporation,
Seungwoo Je, an individual, and Hyun-Ju
Ryu, an individual,

       Defendants.
_____ /

## FINAL ORDER GRANTING PERMANENT INJUNCTION AGAINST ZE INCORPORATED, SEUNGWOO JE, AND HYUN-JU RYU

THIS CAUSE came before the Court on the parties' Stipulation and Joint Motion For Entry of Final Order Granting Permanent Injunction Against ZE Incorporated, Seungwoo Je, and Hyun-Ju Ryu, filed on November 16, 2010. The Court, having reviewed the Stipulation and Joint Motion and otherwise being advised on the premises, finds and orders as follows.

The Court finds that:

1.     On September 7, 2010, FSC Franchise Co, LLC ("**FSC**") filed a Verified Complaint And Demand For Injunctive Relief and Damages (Doc. 1) against ZE Incorporated, Seungwoo Je, and Hyun-Ju Ryu (the "**ZE Defendants**")(FSC and ZE Defendants are collectively referred to as the "**Parties**"). In the Verified Complaint And Demand For Injunctive Relief And Damages, FSC brought claims against the ZE Defendants for: Trademark Infringement (Count I); False Designation of Origin (Count II); Breach of Franchise Agreement (Operation of a Competitive Business) (Count III); Breach of Franchise Agreement

(Confidentiality Obligations) (Count IV); Breach of Franchise Agreement (Failure to De-Identify Upon Termination) (Count V); Federal Copyright Infringement (Count VI); Common Law Unfair Competition (Count VII); Breach of Franchise Agreement (Past Due Royalties and Marketing Contributions) (Count VIII); Breach of Franchise Agreement (Lost Future Royalties) (Count IX); Breach of Guaranty (Count X); Unjust Enrichment (Count XI); and Foreclosure of Security Interest (Count XII).

2.    Also on September 7, 2010, FSC filed a Motion for Preliminary Injunction and Incorporated Memorandum of Law (Doc. 3) requesting, *inter alia*, that the Court enjoin the ZE Defendants from engaging in certain activities in violation of the Parties' Franchise Agreement, and the United States Code.

3.    As set forth in the Parties' Stipulation And Joint Motion For Entry Of Final Order Granting Permanent Injunction Against ZE Incorporated, Seungwoo Je, and Hyun-Ju Ryu, the Parties have agreed to entry of this Final Order.

**IT IS HEREBY ORDERED AND ADJUDGED**

1.    The ZE Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, shall not use the FSC Marks, or other designations or indicia which are likely to cause confusion, mistake, or deception or suggest any affiliation between the ZE Defendants and FSC. The FSC Marks include the following:

PD.4249560.5

| Principal Trademark | Registration Date | Registration Number |
|---|---|---|
| BEEF 'O' BRADY'S® | 06/06/95 | 1,897,862 |
| BEEF'S® | 02/15/00 | 2,323,415 |
| O'BRADY'S® | 02/15/00 | 2,318,368 |
| A LEAGUE OF ITS OWN® | 05/18/04 | 32,843,277 |
| BEEF'O'BRADYS | 10/23/07 | 3,316,038 |

2.     The ZE Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, shall not disclose or publish, or copy or use for such party's benefit or for the benefit of any other party, any of the Confidential Information, as defined in the Parties' former Franchise Agreement, or any information contained in FSC's Operations Manuals.

3.     The ZE Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them, shall not offer chicken wings at the restaurant operating at 15352 NW 79th Court, Miami Lakes, Florida 33016 (the "Site"), or at any other restaurant within fifteen (15) miles of the Site for two (2) years from the date this Stipulation is entered.

PD.4249560.5

**DONE AND ORDERED** in Chambers in Tampa, Florida on _11- 16-_, 2010.

The Honorable Virginia M. Hernandez Covington
U.S. District Court

4